Robert C. Bowman, Jr. (State Bar No: 232388)
LAW OFFICES OF BOWMAN & ASSOCIATES
*A Professional Corporation*
3841 N. Freeway Blvd.,Suite 185
Sacramento, CA 95834
Telephone: (916) 923-2800
Facsimile: (916) 923-2828
robert@bowmanandassoc.com

Attorneys for Plaintiff
Arthur Cunnington


Cathy L. Arias SBN 141989
BURNHAM BROWN
P.O. Box 119
Oakland CA 94604
---
1901 Harrison Street, 14th Floor
Oakland CA 94612
Phone (510) 444-6800
FAX: (510) 835-6666
Email: carias@burnhambrown.com

Attorney for Defendant
PC OPEN INCORPORATED aka PCO INC. aka OPEN EYE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CUNNINGTON<br><br>　　　Plaintiff,<br><br>　v.<br><br>PC OPEN INCORPORATED aka PCO INC. aka OPEN EYE<br>and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No. 2:17-CV- 00245-MCE-AC<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF DATES AND ORDER** |

## I.　　INTRODUCTION

　　The parties, Plaintiff Arthur Cunnington and Defendant PC Open Incorporated aka Open Eye, through their respective attorneys of record, hereby jointly stipulate to a 90 day extension of the currently scheduled discovery deadlines as set forth below.

-1-

## II. RECITAL/ GROUNDS FOR RELIEF

Pursuant to Rule 16, a party may seek a modification of a scheduling order, including modification of a discovery cut-off date, "only for good cause and with a judge's consent." Def. R. Civ. P. 16(b)(4). "Good cause exists when a scheduling deadline cannot be reasonable met despite the diligence of the party seeking extension." Johnson v Mammoth Recreations, Inc. 975 F. 2d 604, 609 (9th Cir. 1992), A party may establish good cause by showing

1. That he or she was diligent in assisting the court in creating a workable Rule 16 order:
2. That his or her noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding his or her diligent efforts to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 26 scheduling conference; and
3. That he or she was diligent in seeking amendment of the Rule 16 order, once it became apparent that he or she could not comply with the order.

The current deadline to complete all non- expert discovery is February 3, 2018.

The parties stipulate to extend all non- expert discovery cut-off deadline because additional time is needed to adequately and fairly complete the discovery process.

The parties are currently and diligently negotiating to resolve the entire action and the pending witness depositions are causing stress in negotiations. Extending this deadline will prevent it from becoming more adversarial and will assist in the resolution of the entire action.

Good Cause exists as the Parties have diligently been attempting to resolve all discovery by the stated deadline. The parties could not have reasonably anticipate the issues in getting all of the parties together to schedule the depositions of the parties, as 1. The CEO works and resides in the State of Washington, and 2. The Plaintiff had unexpected surgery and was unavailable; 3. Plaintiff identified medical treaters during day one of his deposition that had not been identified before requiring Defendant to postpone the remainder of his deposition and seek relevant medical records, and 4. There are several more witnesses yet to be deposed. The Parties are also conducting settlement discussions to resolve the entire matter.

By extending the deadline, the parties will be able to complete necessary discovery. It will also facilitate settlement negotiations which are ongoing.

The Parties agree that a continuance is needed to prevent irreparable harm, and undue hardship in the settlement of this matter.

THERFORE THE PARTIES AGREE AND STIPULATE TO THE FOLLOWING:

The Parties jointly make this request to extend the non- expert discovery cut-off date to May 3, 2018.

DATED: 1-29-2018               LAW OFFICES OF BOWMAN AND
                               ASSOCIATES, *A.P.C.*


                               By/S/ Robert C Bowman Jr
                                  ROBERT C. BOWMAN JR
                                  Attorney for Plaintiff
                                  ARTHUR CUNNINGTON


**BURNAM BROWN**

DATED 1-29-2018                By: /s/Cathy Arias
                                  Cathy Arias
                                  Attorney for Defendant
                                  PC Open


**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the non-expert discovery cutoff shall be extended up to and including **May 3, 2018**.

IT IS SO ORDERED.

**Dated: January 30, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE