LAW OFFICE OF BOWMAN & ASSOCIATES, APC
3230 RAMOS CIRCLE
Sacramento, ca 95827

# UNITED STATES FEDERAL COURT
# EASTERN DISCTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>ARTHUR CUNNINGTON<br>    Plaintiff<br>  v<br><br>PCO INC., PCO OPEN INCORPORATED, aka OPENEYE AND DOES 1THROUGH 10 inclusive<br>    Defendant | **Case No: 2:17-CV-00245-MCE-AC**<br><br>**ORDER**<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>**Hon. Morrison C England** |

Having reviewed Plaintiff's Notice of Settlement and Request for Dismissal, and pursuant to Fed. R. Civ. Pro. 41(a)(2), the entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice. Each party is to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Cunnington v PCO Open** - 1 -